ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Oct 21, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ERICK GUZMAN TOLENTINO,<br>BRANDI EMERSON,<br>LYLE COOPER,<br>JUAN MUNOZ-GUZMAN,<br>ELMER MONTIEL-ROMERO,<br>BRIAN SEDGWICK,<br>LEON JAMES WHITELEY,<br><br>　　　　　　　Defendants. | CASE NOS.　2:25-MJ-151-SCR<br>　　　　　　　2:25-MJ-152-SCR<br>　　　　　　　2:25-MJ-153-SCR<br>　　　　　　　2:25-MJ-154-SCR<br>　　　　　　　2:25-MJ-155-SCR<br>　　　　　　　2:25-MJ-157-SCR<br>　　　　　　　2:25-MJ-158-SCR<br><br>MOTION TO FILE REDACTED COPY OF COMPLAINTS |

On October 18, 2025, individual complaints were filed under seal in the above-referenced cases. The sealed complaint affidavits list eleven defendants. Defendants Emerson, Montiel-Romero, Sedgwick, and Whiteley are scheduled to make their initial appearances before Chief Magistrate Judge Carolyn K. Delaney on October 21, 2025. Defendants Guzman Tolentino, Cooper, and Munoz-Guzman are not in custody and the government believes they are aware of their fugitive status. The four other defendants listed in the affidavits have not yet been apprehended.

/ / /

/ / /

/ / /

For this reason, the government requests that the above-referenced cases be unsealed, the affidavits and any reference to the other three defendants remain sealed, and that it be allowed to file redacted copies of the complaints with their respective affidavits in the above-referenced cases. The government believes release of the other four defendants' names would impede their arrest.

Dated: October 21, 2025

ERIC GRANT
United States Attorney

By: /s/ Robert Abendroth
ROBERT ABENDROTH
Assistant United States Attorney

Motion to File Redacted Copy of Complaint